UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION BY THE UNITED STATES FOR AN ORDER UNDER 18 U.S.C. § 2703(d) FOR ONE ACCOUNT FOR INVESTIGATION OF 18 U.S.C. § 3512, | Case No. 20-xr-91589 MISC (TSH)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO PARTIALLY UNSEAL COURT RECORDS**<br><br>Re: Dkt. No. 3. |

Movant Signal Messenger has filed a motion requesting the Court partially unseal its November 24, 2020 order concerning the government's application for an order under 18 U.S.C. § 2703(d). ECF No. 3. The government has filed a response indicating it does not oppose the motion. ECF No. 5. Good cause appearing, the Court **GRANTS** Signal's request. The Clerk is directed to file Signal's motion to unseal, Signal's redacted version of ECF No. 2 (Attachment A to Signal's motion), and this order on the public record.

**IT IS SO ORDERED.**

Dated: October 29, 2021

THOMAS S. HIXSON
United States Magistrate Judge